# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **KIMBERLY DENISE HILLIARD,** | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:15cv00018 |
| | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | By: PAMELA MEADE SARGENT |
| Defendant | ) | United States Magistrate Judge |

For the reasons stated in the Memorandum Opinion accompanying this Order, it is **ORDERED** as follows:

1. The motion for summary judgment filed by the plaintiff, (Docket Item No. 11), is **DENIED**;
2. The motion for summary judgment filed by the Commissioner of Social Security, (Docket Item No. 13), is **GRANTED**; and
3. The final decision of the Commissioner denying benefits is **AFFIRMED**.

ENTER: September 27, 2016.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE