# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **KIMBERLY DENISE HILLIARD,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15cv00018 |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **FINAL JUDGMENT** |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant | ) | By: Pamela Meade Sargent |
| | ) | United States Magistrate Judge |

In accord with the Order entered in this matter today, it is **ADJUDGED AND ORDERED** that final judgment is **GRANTED** to the Commissioner **AFFIRMING** the Commissioner's decision denying benefits.

The Clerk is directed to close the case.

ENTER: September 27, 2016.

/s/ *Pamela Meade Sargent*
United States Magistrate Judge